PFE/DCG: JULY 2024
GJ#8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>WESTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) Case No. |
| | ) |
| **TA'RIOUS IMARI PITTS** | ) |

## <u>INDICTMENT</u>

### <u>COUNT ONE:</u>
### Possession of a Machinegun
### 18 U.S.C. § 922(o)

The Grand Jury charges:

That on or about the 30th day of January 2024, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

### **TA'RIOUS IMARI PITTS**,

did knowingly possess a machinegun, that is, a Glock 9mm pistol modified by the installation of a machinegun conversion device designed to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, commonly referred to as a "Glock Switch," in violation of Title 18, United States Code, Section 922(o).

## COUNT TWO:
### Receipt or Possession of Unregistered Firearm
### 26 U.S.C. § 5861(d)

The Grand Jury charges:

That on or about the 30th day of January 2024, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

### TA'RIOUS IMARI PITTS,

knowingly received and possessed a Glock with an attached machine gun conversion device commonly referred to as a Glock "switch," that is, a part designed or intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### NOTICE OF FORFEITURE
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense charged in Count One of this Indictment for violation of 18 U.S.C. § 922(o), the Defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms

and ammunition involved in or used in the commission of the offense, including, but not limited to a **Glock 26, 9mm pistol bearing serial number SN-AGKC793, and any associated ammunition and magazines.**

A TRUE BILL

*/s/Electronic Signature*
_____
FOREPERSON OF THE GRAND JURY

        PRIM F. ESCALONA
        United States Attorney

        */s/Electronic Signature*
        _____
        DARIUS C. GREENE
        Assistant United States Attorney